# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WENDY DIXIL QUINTERO | § | |
| | § | |
| VS | § | CIVIL ACTION NO. _____ |
| | § | |
| | § | |
| LM TRANSPORTACIONES SA DE CV and | § | |
| IVAN IBARRA CAMPOS | § | |

## DEFENDANTS' NOTICE OF REMOVAL

Defendants file this notice of removal under 28 U.S.C. §1446(a).

### A. INTRODUCTION

1. Plaintiff is Wendy Dixil Quintero; Defendants are LM Transportaciones SA DE CV and Ivan Ibarra Campos.

2. On August 15, 2018, Plaintiff sued Defendants in the 357th Judicial District Court, Cameron County, Texas, alleging that on June 7, 2017, Defendant Ivan Ibarra Campos, while operating an 18-wheeler, allegedly failed to control his speed and struck the vehicle Plaintiff was traveling in at the time of the accident. Plaintiff further alleges that at the time of the incident, Defendant Ivan Ibarra Campos was in the course and scope of his employment with Defendant LM Transportaciones SA DE CV and was driving a vehicle owned, leased or under the permit of Defendant LM Transportaciones SA DE CV, in the 357th Judicial District Court, Cameron County, Texas.

3. Defendant Ivan Ibarra Campos was served with the suit on August 31, 2018. Defendant LM Transportaciones SA DE CV was served with the suit on September 11, 2018. Defendants file this notice of removal within the 30-day time period required by 28 U.S.C. §1446(b). *Bd. Of Regents of Univ. of Tex. Sys. V. Nippon Tel. & Tel. Corp.,* 478 F. 3d 274, 278 (5th Cir. 2007).

## B.  BASIS FOR REMOVAL

4. Removal is proper because there is complete diversity between the parties. 28 U.S.C. §1332(a); *Johnson v. Columbia Props. Anchorage, L.P.,* 437 F.3d 894, 899-900 (9th Cir. 2006). Plaintiff is a citizen of Texas.  Defendant LM Transportaciones SA DE CV is a foreign company operating in Mexico.  Defendant Ivan Ibarra Campos is a citizen of Mexico.

5. All Defendants who have been properly joined and served join in or consent to the removal of this case to federal court. 28 U.S.C. §1446(b)(2)(A); *Cook v. Randolph Cnty.,* 573 F3d 1143, 1150-51 (11th Cir. 2009); *Pritchett V. Cottrell, Inc.,* 512 F.3d 1057, 1062 (8th Cir. 2008); *Harper v. AutoAlliance Int'l, Inc.,* 392 F3d 195, 201-02 (6th Cir. 2004).

6. Copies of all pleadings, process, orders, and other filings in the State-Court suit are attached to this notice as required by 28 U.S.C. §1446(a) as Exhibit "A".

7. Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

8. Defendants will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

## C.  INTRODUCTION

9. Plaintiff did demand a jury in the state court suit.

## D.  CONCLUSION

10. In accordance with the above and having satisfied all the requirements pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1441, Defendants pray that this Court enter such further orders and grant such further relief as may be necessary to secure removal herein and prevent further proceedings in the 357th Judicial District Court of Cameron County, Texas.  Defendants further pray for such other relief as they may be justly entitled to receive.

Respectfully submitted,

**CHAVES, OBREGON & PERALES, L.L.P.**
802 N. Carancahua, Suite 2100
Corpus Christi, TX  78470
(361) 884-5400
(361) 884-5401 (facsimile)


By:      /s/ Douglas E. Chaves
     DOUGLAS E. CHAVES
     State Bar No. 04161400
     Federal Bar No.1895
     dchaves@crrlawfirm.com
     Aidan Perales
     State Bar No. 24027604
     Federal Bar No. 27471
     aperales@crrlawfirm.com

**ATTORNEY-IN-CHARGE FOR**
**DEFENDANTS, LM TRANSPORTACIONES SA**
**DE CV and IVAN IBARRA CAMPOS**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing instrument has been served upon all counsel of record to this proceeding by the manner indicated below, on this the 25TH Day of September, 2018.

      /s/ Douglas E. Chaves
      DOUGLAS E. CHAVES

***Via e-file, Facsimile &/or U.S. First Class Mail***
Natalie M. Arledge
COWEN RODRIGUEZ PEACOCK
6243 IH-10 West, Suite 801
San Antonio, Texas 78201
Telephone : 210/941-1301
Facsimile : 956/504-3674
***Attorney for Plaintiffs***