United States District Court
Southern District of Texas
**ENTERED**
October 30, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| WENDY DIXIL QUINTERO, § § Plaintiff, § VS. § LM TRANSPORTACIONES SA DE CV, *et al*, § § Defendants. § | CIVIL ACTION NO. 1:18-CV-151 |

## ORDER

On October 28, 2019, the parties filed an agreed stipulation of dismissal with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) (Doc. 12). The stipulated dismissal was with prejudice to refiling.

The District Clerk's Office is ordered to terminate this case. Except as provided by any settlement agreement, each party shall bear its own fees and costs.

SIGNED this 30th day of October, 2019.

_____
Fernando Rodriguez, Jr.
United States District Judge